# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## MISC. NO. 1:06MC173

| | |
|---|---|
| JERRY O. ADAMS, III, ) ) Petitioner, ) ) Vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion to reconsider its Order filed November 3, 2006, denying his motion to quash.

The Petitioner has attached to this motion the items which should have been included with the original motion to quash. Because each of the items previously noted to be absent have now been supplied, the Court will vacate the dismissal of the petition and require the Respondent to respond.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration is **ALLOWED**, and the Court's dismissal of the petition is **VACATED**.

**IT IS FURTHER ORDERED** that the Respondent shall file response to the motion to quash on or before 15 days from entry of this Order.

Signed: November 16, 2006

Lacy H. Thornburg
United States District Judge