IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

MISC. NO. 1:06MC173

| | |
|---|---|
| JERRY O. ADAMS, III, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion to stay the enforcement of the summonses herein until resolution of his appeal to the Fourth Circuit Court of Appeals.

Because the Petitioner has not set forth the requisite showing to warrant a stay of this matter pending appeal,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to stay is hereby **DENIED**.

Signed: February 14, 2007

Lacy H. Thornburg
United States District Judge